THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL C. THOMAS, Appellant. [831 NYS2d 90]—Appeal from a judg-

ment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered December 12, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.